**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
***Norfolk Division***

FILED
AUG 1 8 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

EASTON CARLYLE CRAVEN,

Defendant.

**Case No. 2:26-mj-265**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, David J. Desy, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since March of 2004. I am currently assigned to Norfolk Field Office's Child Exploitation Task Force. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training in forensic software/hardware, child/adolescent interviewing, computer design and networking, computer intrusion investigations, asset forfeiture, informant development, surveillance, case management, victim advocacy and everyday work relating to conducting these types of investigations. I have received training in the areas of child pornography (CP) and child exploitation (CE). As such, I have had the opportunity to observe and review numerous examples of CP (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also received training and conducted investigations involving multiple peer-to-peer networks, including Freenet, the Darkweb, The Onion Router (TOR), and other online methods of distributing and receiving CP. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, 2252A, and 2422. I am authorized by law to request a search warrant and have obtained and participated in the execution of numerous search warrants resulting in the seizure of computers, electronic media, and other items evidencing violations of state and federal laws including the above CE offenses.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. Your affiant is currently participating in an investigation into accessing with the intent to view matter which contains any visual depiction of a minor engaging in sexually explicit conduct in the Portsmouth area of the Eastern District of Virginia. During the investigation, it has been determined that **EASTON CARLYLE CRAVEN** did access with intent to view such matter in violation of federal law.

**CRIMINAL OFFENSE**

4. Section 2252(a)(4)(B) of Title 18 of the United States Code prohibits, in part, that, "any

person from knowingly possessing or accessing with the intent to view, or attempting or conspiring to possess or access with the intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

5. Your affiant makes this affidavit in support of an application for an arrest warrant for **EASTON CARLYLE CRAVEN ("CRAVEN")** in relation to the following offense occurring in the Eastern District of Virginia (EDVA):

a. Accessing with the intent to view matter which contains any visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).

**ESSENTIAL FACTS CONSTITUTING THE OFFENSES CHARGED**

6. Since this affidavit is being submitted for the limited purpose of securing authorization for an arrest warrant, your affiant has not included each and every fact known to the investigative team concerning this investigation. Rather, your affiant has set forth only those facts believed to be necessary to establish probable cause that **CRAVEN** committed the listed offense. Facts not set forth herein are not being relied upon in reaching the conclusion that an arrest warrant should be issued. Nor is it requested that the Court rely upon any facts not set forth herein in reviewing this affidavit.

7. Your affiant has personally participated in the investigation of the offenses described in this affidavit. As a result of your affiant's participation in this investigation and a review of reports made to your affiant by other members of the investigative team, your affiant is familiar with the circumstances of this investigation. On the basis of this familiarity, and on the basis of the other information which I have reviewed and determined to be reliable, your affiant alleges the following.

8. On or about July 17,2026, Cash App reported to the FBI that one of their users used his Cash App account: C_Ohw648y4a to purchase child sexual abuse material (CSAM). Cash App also identified that this user, **CRAVEN**, appears to have two young daughters and possibly works as an Instructional Assistant in Special Education at a local middle school in Portsmouth, Virginia (VA).

9. On or about July 22, 2026, an FBI Headquarters unit received subpoena returns from Cash App for **CRAVEN**'s account at Cash App to include the following:

Name: **EASTON CARLYLE CRAVEN**
Date of Birth: XX/XX/1998 [Full date provided]
Social Security Number: XXX-XX-3693 [Full number provided]
Address: 2100 Evergreen Place, Portsmouth, VA 23704
Email: whenjellyattacks@gmail.com

Account Token: C_Ohw648y4a
Display Name: **Easton C CRAVEN**
Display Name Creation Date: 12/30/2017
Telephone Numbers: 757-541-7157 (12/2017) and 757-581-8025 (8/2019)

10. Cash App's Know Your Customer ("KYC") photographs match **CRAVEN's** Virginia Driver's License and also includes "selfie" photographs consistent with the appearance of **CRAVEN**. Based on database searches, **CRAVEN's** date of birth and social security number provided by Cash App are consistent with **CRAVEN's** actual date of birth and social security number.

11. On or about August 5, 2026, the FBI conducted a review of the Cash App Terms of Service, Eligibility, and Account Registration section on Cash App's website. According to the website, all United States (US) customers are required to verify their identity to access certain products and features such as:

- Sending or receiving more than $1,000 over a 30-day rolling period
- Sending or receiving more than $1,500 total
- Ordering a Cash App Card
- Buying bitcoin or stocks
- Sponsoring someone ages 13-17
- Connecting your accounts

12. As part of the identification verification process Cash App asks customers to provide their legal name, date of birth, and last four digits of SSN or ITIN. According to Cash App's website, "In some cases, Cash App may also request your full SSN/ITIN, residential address, unexpired government-issued photo ID, and/or income verification or source of funds."

13. Cash App provided the FBI with the KYC photos (i.e., the "selfie" photos and photos of an individual holding the Virginia Driver's License for **CRAVEN**) that appear to be what **CRAVEN** submitted to create his Cash App account. On or about August 3, 2026, I received and reviewed database search returns for **CRAVEN** which included **CRAVEN's** current Virginia Driver's License photo. Based on my review of **CRAVEN's** current driver's license photo, I believe the male in the "selfie" provided by Cash App to be **CRAVEN**.

14. According to **CRAVEN's** Virginia Driver's License being held in the KYC photo, **CRAVEN's** address is 2100 Evergreen Place, Portsmouth, Virginia 23704. According to an Accurint database search, address 2100 Evergreen Place, Portsmouth VA 23704 is the current address associated with **CRAVEN** from November 2019 until June 2026.

15. According to an Accurint database search, 2100 Evergreen Place, Portsmouth VA 23704 is owned by K.T., who is believed to be the mother of **CRAVEN**. Based on Accurint results, it appears that **CRAVEN** resides at 2100 Evergreen Place, Portsmouth VA 23704 with K.T. and his girlfriend, J.H. and his two children with J.H.

16. Portsmouth, Virginia is located in the Eastern District of Virginia.

17. The Accurint report associated email address whenjellyattacks@gmail.com and phone numbers 757-581-8025 and 757-292-5004 with **CRAVEN**. The email and 8025 phone number are associated with **CRAVEN**'s Cash App account.

**CASH APP TRANSACTION INDICATING CRAVEN LIKELY PURCHASED CSAM**

18. On February 8, 2026, **CRAVEN's** Cash App account sent 0.00028254 BitCoin (BTC) which is approximately $20 to bc1qymy4c4fjgmw5j80pdr62vvmqvjd22numrmz9tz. This address (bc1qymy4 ... ) is contained in a wallet with 851 other addresses based on co-spending.[1] One of those addresses, which will be referred to as Dark Website 1, was captured by TRM Labs, a blockchain analytical company. Cash App relies on Chainalysis & TRM for attribution to these sites. Chainalysis & TRM receive their data from DarkBlue and the Internet Watch Foundation (IWF) that has a mix of scraping tools/crawlers looking for these keywords and flags the site.

19. According to their website, "TRM Labs delivers blockchain intelligence to detect crypto-facilitated crime, ensure compliance and safety worldwide." It is a tool used by over six hundred government agencies to aid in investigations.

20. On March 24, 2026, an FBI agent visited Dark Website 1 and confirmed the site was active, CSAM was present on the site, and the site appeared to contain exclusively CSAM. The category filters for the videos on Dark Website 1 include the following known CSAM terms: preteen, rape, hebe, zoophilia, pedo, cp, zoo, pedomom, dog, 5yo, pthc, baby, child, toddler, 8yo, hurtcore, 11yo, kid, 10yo, 14yo. This Dark Website 1 address that **CRAVEN** paid from his Cash App account is contained in the same wallet as the Bitcoin address TRM Labs provided. The addresses are linked together in the same wallet via co-spending. Co-spending is a common cryptocurrency term where Bitcoin addresses can be assessed as controlled in the same wallet. To give an analogy, consider an individual who walks into a grocery store with two $10 bills in their wallet. They collect $20 worth of groceries and go to the cashier. The customer hands over the two $10 bills to pay for the groceries. The act of handing over the two $10 bills is co-spending since the same owner controls both bills and spends them together. The same holds true for Bitcoin, and the Dark Website 1 wallet has numerous co-spends linking the Bitcoin addresses together. Therefore, it is assessed **CRAVEN** made a successful payment to Dark Website 1.

21. On August 6, 2026, the affiant received a screen recording from the FBI agent who visited Dark Website 1 on March 24,2026. On August 6, 2026, the affiant reviewed the screen recording from Dark Website 1 and observed amongst other things, the following:

[1] It is common for Bitcoin wallets to contain many addresses similar to it being common for a person's traditional wallet to contain many individual dollar bills. The most common way to identify the addresses in a Bitcoin wallet is through co-spending analysis. Co-spending occurs when a user spends at least two different previous outputs of Bitcoin. Bitcoin transactions can contain multiple inputs and outputs. When Bitcoin is sent, the public keys must have private keys signing the transaction. When a Bitcoin transaction contains multiple input addresses this means the same entity controls the addresses on the input side of the transaction since the private keys must be held in order to sign the transaction. This is the most common way to attribute addresses being contained in the same cryptocurrency wallet.

a. The page shows a collage of numerous videos that appear to be minors engaging in sexually explicit conduct. One such video shows a naked adult female with her legs spread. In between her legs is a young child. The name of the video is "mom making her baby lick her pussy."

22. A review of **CRAVEN's** Cash App account shows an additional concerning payment. On February 8, 2026, the account sent $40.01 to Dark Website 2. The Bitcoin address has been given a CSAM tag by TRM. Dark Website 2 has been labeled a CSAM scam, meaning it displays CSAM on the joining page but does not actually deliver the content. However, someone visiting the address is knowingly attempting to purchase, view, access and/or download CSAM. Dark Website 2 specializes in the "Pedomom, Pedofamily, Boys & Girls" categories as stated on their website banner. Dark Website 2 also contains multiple preview images of videos of the aforementioned CSAM categories.

## INTERVIEW OF CRAVEN

23. On August 12, 2026, while search warrants were executed on **CRAVEN's** residence, 2100 Evergreen Place, Portsmouth, VA 23704 and **CRAVEN's** person, **CRAVEN** was interviewed by the affiant and FBI Special Agent Kathryn Nguyen. **CRAVEN** was read his Miranda rights and voluntarily waived these rights, signing an Advice of Rights form. During this recorded interview, **CRAVEN** admitted to paying, through his Cash App account, for access to multiple Darkweb websites to include Dark Website 1. He first came across child pornography ("CP") via Twitter approximately one year ago and has accessed and viewed this material approximately a dozen times in the past year via the Darkweb. **CRAVEN** repeatedly referred to his accessing CP as his "morbid curiosity." **CRAVEN** handwrote how he accesses this material, which included downloading any TOR browser, then using any Darkweb search engine, like Excavator, and searching for "porn," which would result in CP sites. He noted that he did not need to search for anything more specific to find CP on the Darkweb. **CRAVEN** also said he would delete the TOR browser after conducting this activity to include deleting it from his application history list.

24. **CRAVEN** stated that he was employed at the time as the lead instructor in the Sea Turtle room at the Beach Montessori Christian Academy in Virginia Beach. His room at the school is comprised of children two-and-a-half to three years of age and typically had between eight and 13 children. **CRAVEN** agreed that he would no longer work there moving forward.

25. Due to **CRAVEN** having two young children and because of his employment as an instructor at a Montessori School supervising young children, **CRAVEN** was subsequently re-interviewed regarding any sexual activity with a child. He admitted to looking at CP 10-20 times. He stated that he had tried to stop and was embarrassed. The last time he looked at CP was a little less than a month ago. The youngest child he's seen in CP was four or five years old. This involved a mom having sex with a son. He also has downloaded CP to look at but immediately deleted it afterwards. He admitted to enjoying looking at CP but firmly stated that he had never had sexual contact with a minor since he was an adult. CRAVEN did admit that when he was 12 years old, he tried to force a male childhood friend the same age to have sex. He put his thumb in the child's buttocks, but nothing else happened.

26. On the evening of August 13, 2026, **CRAVEN**'s mother, K.T., called the affiant via her cell phone and said **CRAVEN** wanted to speak with the affiant. **CRAVEN** said he was suicidal and could not stop thinking about it. The affiant coordinated with PPD to have **CRAVEN** voluntarily committed to Maryview Hospital (MVH) in Portsmouth. PPD also temporarily removed his pistol and two rifles from the residence. While talking to a PPD officer and while on body camera before being transported to MVH, **CRAVEN** admitted that he had been looking at something he should not have been looking at.

27. Based on the above, I respectfully submit there is probable cause to believe that a violation of 18 U.S.C. § 2252(a)(4)(B), that is, accessing with the intent to view matter which contains any visual depiction of a minor engaging in sexually explicit conduct, has been committed by **EASTON CARLYLE CRAVEN** in the Eastern District of Virginia.

Special Agent David J. Desy
Federal Bureau of Investigation

Sworn and subscribed to before me
On this 18th day of August 2026

Honorable Robert J. Krask
United States Magistrate Judge
Norfolk, Virginia